IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01528-WYD-MEH

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, f/k/a FULCRUM INSURANCE COMPANY, an Arizona corporation,

    Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) (docket #5), filed September 22, 2008. Attached to the motion and is an affidavit and other evidence outside of the pleadings in this matter.

Pursuant to the Federal Rules, if a court considers matters outside of the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) should be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995). However, if the Court treats this motion as a motion for summary judgment, it fails to comply with this Court's Practice Standards. Accordingly, it is hereby

ORDERED that Defendant's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) (docket #5), filed September 22, 2008, is **STRICKEN** with leave to refile. Defendant may refile the motion within ten (10) days as a motion to dismiss without the accompaniment of affidavits or other outside evidence. In the alternative, Defendant

may refile the motion within ten (10) days as a motion for summary judgment in compliance with this Court's Practice Standards. If Defendant chooses to refile the motion as a motion for summary judgment, it is

FURTHER ORDERED that the Defendant who filed the Motion to Dismiss that is the subject of this Order shall file an answer to the Complaint within twenty (20) days of receipt of this Order. It is

FURTHER ORDERED that Plaintiffs shall file their response in accordance with deadlines established in the local rules and in accordance with my practice standards.

Dated: September 23, 2008

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge