IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01528-PAB-MEH

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a FULCRUM INSURANCE COMPANY, an Arizona corporation,

    Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    The Stipulated Motion for Issuance and Approval of Agreed Protective Order [filed November 14, 2008; docket #18] is **denied without prejudice**, and the proposed Agreed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.