IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01528-PAB-MEH

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a FULCRUM INSURANCE COMPANY, an Arizona corporation,

    Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2008.**

    The Stipulated Motion for Issuance and Approval of Amended Agreed Protective Order [filed November 20, 2008; docket #22] is **granted**. The Amended Agreed Protective Order is filed contemporaneously with this minute order.