IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01528-PAB-MEH

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a FULCRUM INSURANCE COMPANY, an Arizona corporation,

    Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio corporation,

    Defendant.

_____

MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant Century Surety Company's Motion to Strike Portion of Plaintiff's Reply in Support of Cross-Motion for Summary Judgment, or in the Alternative, Motion for Leave to File Surreply [Docket No. 31]. The Court has reviewed the motion and is fully advised in the premises. The Court finds that plaintiff did not raise a new issue in its Reply in Support of Cross-Motion for Summary Judgment, but rather responded to an argument raised by defendant. Further, the parties have had sufficient opportunity to brief the relevant issues. It is therefore

    **ORDERED** that the Motion to Strike Portion of Plaintiff's Reply in Support of Cross-Motion for Summary Judgment, or in the Alternative, Motion for Leave to File Surreply [Docket No. 31] is DENIED.

    Dated July 8, 2009.