IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01528-PAB-MEH

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a FULCRUM INSURANCE COMPANY, an Arizona corporation,

    Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2009.**

    The Stipulated Motion to Vacate Deadline for Final Pretrial Order and Final Pretrial Conference [filed July 8, 2009; docket #38] is **denied**. The Final Pretrial Conference is designed to occur after the end of discovery, and the preparation required for a proposed Final Pretrial Order is minimal. Moreover, the reason proffered by the parties for seeking vacation of the Final Pretrial Conference, the pendency of dispositive motions, occurs in many cases in this District. It is this Court's experience that the District Judges determine dispositive motions sufficiently in advance of the trial date so as not to seriously inconvenience the parties or increase the cost of litigation.