IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01528-PAB-MEH

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a FULCRUM INSURANCE COMPANY, an Arizona corporation,

     Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio corporation,

     Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

     This matter has been scheduled for a two-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **December 21, 2009 at 8:00 a.m.**

     A Trial Preparation Conference is set for **December 11, 2009 at 9:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

     The parties shall be prepared to address the following issues at the Trial Preparation Conference:

     1)    sequestration of witnesses;

     2)    timing of presentation of witnesses and evidence;

     3)    anticipated evidentiary issues;

     4)    any stipulations as to fact or law; and

5) any other issue affecting the duration or course of the trial.

DATED July 24, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge